**Teofil Kowalski, appellee, v. Ignacz Lenard, also known as Ignacy Lenard, appellant. Gen. No. 28,390.**

Suit on breach of warranty of title to a back bar. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. A. N. Gualano, Judge, presiding. Heard in the first division of this

court for the first district at the March term, 1923. Affirmed. Opinion filed December 10, 1923.

Ewart Harris, for appellant. Guy Van Schaick, for appellee.

Mr. Justice McSurely delivered the opinion of the court.